# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22-mj-06492**            Date **August 18, 2022**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

☐ Complaint    ✓ Removal Proceedings in

*United States v.* **Eric O'Neil**

The Complaint/Rule 40 Affidavit was filed on   **8/9/2022**

✓ *U.S. Marshals please withdraw warrant*

**TIMOTHY PERTZ** Digitally signed by TIMOTHY PERTZ
Date: 2022.08.18 12:35:57 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 8/22/22

UNITED STATES MAGISTRATE JUDGE